IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

| | |
|---|---|
| DYNAMIC ENERGY, INC., <br>      Plaintiff, <br><br> v. <br><br> UNITED MINE WORKERS OF AMERICA, INTERNATIONAL UNION and UNITED MINE WORKERS OF AMERICA, LOCAL UNION 8783, <br>      Defendants. | Civil Action No. 5:10-CV-1141 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, counsel for Plaintiff hereby stipulates to the dismissal with prejudice of this action against all Defendants, and counsel for Defendants hereby stipulates to the dismissal with prejudice of Defendants' Counterclaim against Plaintiff. Each party to bear its own costs and fees.

Dated this 10th day of August, 2011.

                  By s/Michael D. Glass
                  Michael D. Glass
                  West Virginia Bar No. 1392
                  OGLETREE, DEAKINS, NASH,
                   SMOAK & STEWART, P.C
                  Four Gateway Center - Suite 400
                  444 Liberty Avenue
                  Pittsburgh, PA 15222
                  Phone: (412) 394-3340
                  Fax: (412) 394-3348
                  michael.glass@ogletreedeakins.com

                  *Attorney for Plaintiff*

| | |
|---|---|
| By  s/Arthur Traynor<br>Arthur Traynor, Esq.<br>United Mine Workers of America<br>Suite 200<br>18354 Quantico Gateway Drive<br>Triangle, VA  22172<br>atraynor@umwa.org<br><br>*Attorney for Defendants* | By  s/Charles F. Donnelly<br>Charles F. Donnelly, Esq.<br>1300 Kanawha Blvd., East<br>Charleston, WV  25301<br>Phone:  (304) 343-0259<br>Fax:  (304) 343-0250<br>cdonnelly@umwa.org<br><br>*Attorney for Defendants* |

10678603.1 (OGLETREE)